**No. 50643.**—Protests 98298–K, etc., of Di Santo & Co. et al. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932). In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45486.

BEFORE THE FIRST DIVISION, NOVEMBER 1, 1945

**No. 50644.**—Petition 6509–R of Robert McBratney & Co., Inc. (New York).

Opinion by COLE, J. The undisputed testimony established that prior to entry the assistant appraiser was consulted for information concerning the proper value of the merchandise; that the appraiser's suggested value was accepted, and original entry was made; that later, after conferring with other New York importers of similar goods, petitioner concluded that the price supplied by the appraiser was based on merchandise superior in quality than the shipment in question; and that the original entered value was lowered by proper amendment to petitioner's United States ceiling price which the appraiser advanced to meet his higher value previously quoted. The court held that the entry of the merchandise at a less value than the final appraised value was without any intention to defraud the revenue of the United States or to conceal or to misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE SECOND DIVISION, NOVEMBER 2, 1945

**No. 50645.**—Protests 100670–K, etc., of Heirloom Needlework Guild, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.